UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
NELLA LONGARI S.R.L.,

                           Plaintiff,                  07 CV 8484 (VM)

-against-

                                                   **AFFIDAVIT OF SERVICE**

SALANDER-O'REILLY GALLERIES LLC and
LAWRENCE SALANDER

                           Defendants.
-------------------------------------------------------------X
STATE OF NEW YORK: COUNTY OF NEW YORK ss:

Francesco Di Pietro, being duly sworn, deposes and says that deponent is not a party to this action, is over the age of eighteen years and resides in New York county, New York.

That on October 2, 2007 at 9:35 a.m. at

22 East 71st Street
New York, NY 10021

deponent served a copy of a Summons and Verified Complaint upon Defendant Salander-O'Reilly Galleries LLC, by personally delivering a copy of each of the above papers to Gabrielle Koret, Director of Communications of Defendant Salander-O'Reilly Galleries LLC. Deponent further states that he describes the person actually served as follows:

| **Sex** | **Skin Color** | **Hair Color** | **Age (Approx.)** | **Height (Approx.)** | **Weight (Approx.)** |
|---|---|---|---|---|---|
| Female | White | Brown | 30-35 | 5'5 | 150 |

                                                                  FRANCESCO DI PIETRO

Sworn to before me on
October 4, 2007

_____
Notary Public

                                  **Gayle Eisenberg**
                     **Notary Public, State of New York**
                                 **No. 01EI6017669**
                            **Qualified in Kings County**
                     **Commission Expires December 14, 20_10_**