UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
NELLA LONGARI S.R.L.,

                               Plaintiff,                      07 CV 8484 (VM)

    -against-

                                                            **AFFIDAVIT OF SERVICE**

SALANDER-O'REILLY GALLERIES LLC and
LAWRENCE SALANDER

                               Defendants.
-------------------------------------------------------------X
STATE OF NEW YORK: COUNTY OF NEW YORK ss:

Francesco Di Pietro, being duly sworn, deposes and says that deponent is not a party to this action, is over the age of eighteen years and resides in New York county, New York.

That on October 2, 2007 at 9:35 a.m. at

22 East 71st Street
New York, NY 10021

deponent served a copy of a Summons and Verified Complaint upon Defendant Lawrence Salander, by personally delivering a copy of each of the above papers to Gabrielle Koret, Defendant Lawrence Salander's coworker and Director of Communications at Salander-O'Reilly Galleries LLC, at the above address which is also Defendant Lawrence Salander's actual place of business. Deponent further states that he describes the person actually served as follows:

| **Sex** | **Skin Color** | **Hair Color** | **Age (Approx.)** | **Height (Approx.)** | **Weight (Approx.)** |
|---|---|---|---|---|---|
| Female | White | Brown | 30-35 | 5'5 | 150 |

Thereafter, on October 9, 2007, deponent mailed copies of the Summons and Complaint, by first class mail, in an envelope marked "personal and confidential," to defendant Lawrence Salander at his actual place of business located at 22 East 71st Street, New York, NY 10021.

FRANCESCO DI PIETRO

Sworn to before me on
October 9, 2007

_____
Notary Public

                                **Gayle Eisenberg**
                     Notary Public, State of New York
                          No. 01EI6017669
                        Qualified in Kings County
            Commission Expires December 14, 20_10_