UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
NELLA LONGARI S.R.L.,

                      Plaintiff,                  07 CV 8484 (VM)

    -against-

                                                 **AFFIDAVIT OF SERVICE**

SALANDER-O'REILLY GALLERIES LLC and
LAWRENCE SALANDER

                      Defendants.
------------------------------------------------------------X
STATE OF NEW YORK: COUNTY OF NEW YORK ss:

Gayle Eisenberg, being duly sworn, deposes and says: deponent is not a party to this action, is over 18 years of age, and resides in Kings County, New York. On October 12, 2007, deponent served a copy of the within Verified Amended Complaint upon the following:

    Lawrence Salander
    22 East 71st Street
    New York, NY 10021

by depositing a true and correct copy of same in an envelope marked "personal and confidential," affixed with the proper postage, for the purpose of mailing by first class mail such papers to the address identified above.

                                                         _Gayle Eisenberg_
                                                           Gayle Eisenberg

Sworn to before me on
October 12, 2007

_____
Notary Public

                LORENZ F GROSS
       Notary Public, State of New York
            No. 02GR6164297
       Qualified in New York County
    Commission Expires April 16, 20__