Wuersch & Gering LLP
100 Wall Street, 21st Floor
New York, NY 10005
(212) 509-5050

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

NELLA LONGARI S.R.L.,                                          07 Civ. 8484 (VM)

Plaintiff,                                                     **ORDER TO APPEAR**

       -against-

SALANDER-O'REILLY GALLERIES LLC and
LAWRENCE SALANDER

                             Defendants.
-------------------------------------------------------------X

       Upon the filing and reading of the attached Declaration of Mario Longari, the Declaration of Francesco Di Pietro, Esq., the Verified Amended Complaint herein and plaintiffs' supporting memorandum, and sufficient reason appearing therefore, it is hereby:

       ORDERED that defendants appear before Judge Victor Marrero, at the Courthouse located at 500 Pearl Street, Room 20B, New York, New York, on November 8, 2007, at 3:00 p.m., or as soon thereafter as counsel can be heard, and attend a hearing on Plaintiff's motion seeking an order to preliminarily enjoin Defendants, and all those acting in concert with any of them, from directly or indirectly taking any action to transfer, dispose of, encumber, sell at auction or otherwise, or otherwise reduce or jeopardize their interests in certain artworks (the "Artworks") as listed and described in **Schedule A** hereto; and from using any proceeds from sale of any of the Artworks. Moreover, Plaintiff's motion seeks to obtain an accounting of the sold and unsold Artworks.

       IT IS FURTHER

1

ORDERED THAT the opposition papers, if any, shall be served by hand delivery upon Francesco Di Pietro, from the law firm of Wuersch & Gering LLP, 100 Wall Street, New York, NY, 10005, on or before November 6, 2007, and reply papers, if any, shall be served upon defendants in the same manner indicated in the previous paragraph on or before November 7, 2007.

ORDERED THAT service of a copy of this Order, together with all papers upon which it is made, be made by overnight delivery, by Federal Express, UPS or other carrier, upon both defendants at 22 East 71st Street, New York, NY 10021, the address of the gallery, and 63 E. 82nd Street, New York, NY 10028, the home address of Lawrence Salander, on or before October 31, 2007, shall be deemed sufficient service.

Dated: New York, NY

October 2007

ENTER:

U.S.D.J.    Victor Marrero

2