# SCHEDULE A

**Oggetto n. 4**

Descrizione contratto 15/1/05: Stone mask
Descrizione contratto 1/1/07: Mascherone in marmo XVI sec.
Descrizione dichiarazione di esportazione: Scultura in marmo "Mascherone" – Veneto sec. XVI
Euro 15.000,00



**Figura 1**

**Oggetto n. 9**

Descrizione contratto 16/11/04: Addolorata Napoli
Descrizione contratto 1/1/07: Scultura in legno policromo
Descrizione dichiarazione di esportazione: Addolorata "Napoli"
Euro 60.000,00



**Figura 2**

**Oggetto n. 11**

Descrizione contratto 15/1/05: Marble Lombard
Descrizione contratto 1/1/07: Piccolo bassorilievo in marmo "Madonna con Bambino"
Descrizione dichiarazione di esportazione: Bassorilievo marmo "Madonna con Bambino" – Lombardia sec. XVI
Euro 80.000,00



**Figura 4**

**Oggetto n. 12**

Descrizione contratto 16/11/04: Baccio – Testa terracotta
Descrizione contratto 1/1/07: Busto di vecchio in terracotta XVI° secolo
Descrizione dichiarazione di esportazione: Testa di Redentore in terracotta, Secolo XVI
Euro130.000,00



**Figura 5**

**Oggetto n. 13**

Descrizione contratto 15/1/05: Marble Coirano Madonna/Bambino
Descrizione contratto 1/1/07: Busto in marmo bianco "Vergine con Bambino"
Descrizione dichiarazione di esportazione: Busto marmo bianco "Vergine con Bambino" –
Lombardia – sec. XV
Euro 110.000,00



**Figura 6**

**Oggetto n. 14**

Descrizione contratto 16/11/04: Crocefisso toscano
Descrizione contratto 1/1/07: Scultura "Cristo ligneo" in parte policromo
Descrizione dichiarazione di esportazione: Cristo 300 Pisano
Euro 50.000,00



**Figura 7**

**Oggetto n. 15**

Descrizione contratto 16/11/04: Madonna bruciata
Descrizione contratto 1/1/07: Scultura lignea, Italia centrale fine XIV secolo
Descrizione dichiarazione di esportazione: Madonna con Bambino bruciata
Euro 140.000,00



**Figura 8**