**Oggetto n. 16**

Descrizione contratto 16/11/04: Gasp.
Descrizione contratto 1/1/07: Scultura in legno "Madonna con Bambino"
Descrizione dichiarazione di esportazione: Madonna Veneta Gasp.
Euro 60.000,00



**Figura 9**

**Oggetto n. 17**

Descrizione contratto 16/11/04: Cristo senza braccia
Descrizione contratto 1/1/07: Frammento scultura lignea policroma
Descrizione dichiarazione di esportazione: Piccolo Cristo umbro senza braccia
Euro 45.000,00



**Figura 10**

**Oggetto n. 18**

Descrizione contratto 16/11/04: Baccio (S. Giovanni)
Descrizione contratto 1/1/07: Scultura di terracotta policroma
Descrizione dichiarazione di esportazione: San Giovanni – Baccio da Montelupo
Euro 80.000,00



**Figura 11**

**Oggetto n. 19**

Descrizione contratto 16/11/04: Santa Chiara
Descrizione contratto 1/1/07: Scultura di Santa in legno
Descrizione dichiarazione di esportazione: Santa Chiara Gualino
Euro 100.000,00



**Figura 12**

**Oggetto n. 20**

Descrizione contratto 16/11/04: Spella
Descrizione contratto 1/1/07: Scultura lignea "Annunciata" prima metà del XVI secolo
Descrizione dichiarazione di esportazione: Scultura in legno "Annunciata" Centro Italia – sec. XVI
Euro 80.000,00



**Figura 13**

**Oggetto n. 21**

Descrizione contratto 15/1/05: Sienese Christo
Descrizione contratto 1/1/07: Scultura lignea
Descrizione dichiarazione di esportazione: Scultura in legno "Figura maschile" – Toscana sec. XV
Euro 100.000,00



**Figura 14**

**Oggetto n. 22**

Descrizione contratto 15/1/05: Umbrian Madonna
Descrizione contratto 1/1/07: **Scultura lignea**
Descrizione dichiarazione di esportazione: Scultura in legno "Madonna con Bambino" – Umbria sec. XIV
Euro 95.000,00



**Figura 15**

**Oggetto n. 23**

Descrizione contratto 15/1/05: Solario
Descrizione dichiarazione di esportazione: Scultura in marmo, "Figura Maschile"
Euro 60.000,00



**Figura 16**

24                                                                 18/10/2007