## Francesco Di Pietro

| | |
|---|---|
| **From:** | Francesco Di Pietro |
| **Sent:** | Friday, October 26, 2007 11:09 AM |
| **To:** | 'afavuzza@salander.com' |
| **Subject:** | Nella Longari S.r.l. v. Salander-O'Reilly Galleries LLC and Lawrence Salander |
| **Importance:** | High |

Antonette,

As you are aware, I represent Nella Longari S.r.l. in the matter of Nella Longari S.r.l. v. Salander-O'Reilly Galleries LLC and Lawrence Salander, which is presently pending before the United States District Court for the Southern District of New York.

In early October, you promised to meet with me in an attempt to find an amicable solution to the pending matter. I have tried to contact you since to no avail. In the past few days, I tried to call you again.

Yesterday, I was in Court and sought to obtain an injunction against the two defendants in the pending matter. I was verbally informed by the Court that an ex parte (without the presence and/or knowledge of the defendants) injunction was not warranted. The Court requested that I contact the defendants in an attempt to resolve this matter and also to inform the defendants that if a solution was not reached, I would file the motion seeking the injunction against defendants by Monday October 29, 2007. The injunction seeks to stop defendants from selling, transferring, and/or disposing of the Artworks which belong to my client. Also plaintiff's motion will request an accounting of the Artworks which were sold by the defendant.

Again, this is a warning that next week, as early as Monday, I will file the motion with the Court.

You can reach me at any time at 212-509-4716 and/or 212-365-4874. The latter number will be available even during the weekend. You can call me at any time.

Sincerely,

FRANCESCO DI PIETRO | WUERSCH & GERING LLP
100 Wall Street, 21st Fl. | New York, New York 10005
212-509-4716 (direct) | 212-509-5050 (firm) | 212-509-9559 (fax)
francesco.dipietro@wg-law.com | www.wg-law.com

This message and any attachments hereto contain confidential information and information which may be subject to the attorney-client privilege. It is intended for the individual or entity named above. If you are not the intended recipient, please do not read, copy, use or disclose this communication to others; also please notify the sender by replying to this message, and then delete it from your system. Thank you.

Any advice in this email concerning a federal tax issue is not intended or written to be used, and cannot be used by any taxpayer, for the purpose of avoiding any tax penalties that can be imposed by the Internal Revenue Service, or for promoting, marketing or recommending any tax-related matters addressed herein.

10/30/2007