New York Post, Tuesday, October 9, 2007    nypost.com

# PAINTED AS A 'SCAM ARTIST'

## Celebrity gallery big blasted by a storm o' lawsuits for 'dirty deals'

By LINDSAY POLLOCK and PHILIP BOROFF



**EMBATTLED:** This palazzo on East 71st Street is home to Salander-O'Reilly Galleries, a top art dealer.

**WALLS OF FAME:** The gallery — in whose halls hangs "Apollo the Lute Player" (above), attributed to Caravaggio — has been sued by ex-New York Observer publisher Arthur Carter (left) and tennis ace John McEnroe.

Housed in a 25,000-square-foot palazzo off Madison Avenue, Salander-O'Reilly Galleries bills itself as a top-flight New York dealer that offers unprecedented access outside of a museum to Titians, Michelangelos and other masterpieces.

Roy Lennox, a senior managing director of hedge-fund company Caxton Associates, which manages more than $14 billion, puts it differently. During four years dealing with proprietor Lawrence Salander, Lennox claims he was a victim of "what has emerged as nothing more than an illegal Ponzi scheme," according to a lawsuit he filed in August in New York State Supreme Court.

Lennox seeks to recover at least $4.6 million and $10 million in punitive damages.

John McEnroe says in a May suit that Salander didn't make good on a promise to double the tennis star's $162,500 investment in five months. Former New York Observer publisher Arthur Carter filed an August suit seeking more than $1.2 million for funds he says he's owed.

Anthony Doniger, a Salander lawyer, said in an April court appearance regarding one suit that the dealer "has a liquidity crisis, there's no question about it."

At least 15 lawsuits have been filed against the 31-year-old gallery in the past year, many of them naming Salander himself as a defendant.

The maelstrom is the talk of dealers who are concerned the accusations could erode confidence in the art market, inspire new legislation that crimps the lightly regulated industry, and send collectors to trade at auction houses instead of with galleries.

Salander, 58, denied many of the allegations, including that he operated a Ponzi scheme. He said his own creditors are behind on payments and that medical problems he had last year waylaid him and his business. Nonetheless, he said his assets exceed his liabilities.

"Everybody who is owed money by me has always been paid and will be paid," he said. "And they know it themselves."

He portrays many of the suits as a dispute among friends.

McEnroe briefly apprenticed in Salander's gallery in 1993 after retiring from the tour, and he's a godfather to one of Salander's seven children, the dealer said. (Salander has paid $200,000 of the $325,000 McEnroe seeks in his suit, according to court records.)

Lennox is a neighbor of Salander's in Millbrook, Duchess County. Salander represented publisher Carter in his avocation as a sculptor.

By selling them art, Salander claims he has made his wealthy clients wealthier — far wealthier than he is. Some are suing because "they call it getting in line," he said. "I feel worse than victimized. My whole life has been devoted to promoting art, I believe in."

On Sept. 24, a U.S. district judge in Massachusetts ruled in favor of collector Saundra Lane, whose late husband, William Lane, amassed a major American art collection. Salander stopped making payments on a 1932 Charles Sheeler painting she sold him, according to the suit. The judge awarded her $4.3 million.

Earlier this year, Salander-O'Reilly withdrew from the Art Dealers Association, a trade organization of prominent American gallerists, when confronted with complaints about its conduct.

Salander and former partner William O'Reilly founded their gallery in 1976, focusing on the once-sleepy field of early 20th-century American art. He recently changed focus to Old Master paintings.

In 2006, he upgraded his base, moving from a 5,000-square-foot space on East 79th Street to the 45-foot-wide Italianate mansion on East 71st Street.

His former landlord is suing, seeking as much as $1.7 million in back rent and penalties.

Hedge-fund titan Lennox and Salander became acquainted in early 2002, and Salander made his first proposal a year later, according to Lennox's suit. The dealer allegedly told Lennox he was short of funds to buy a painting by Jean-Baptiste-Camille Corot, a French 19th-century landscape artist, for $800,000. According to the suit, Salander said he'd lined up someone else to buy the piece from him for $1.25 million.

Lennox wired the dealer $400,000. A year later, as promised, Salander paid him back, plus $225,000, the suit alleges.

Ten deals with Lennox followed, according to the suit.

Salander, who with his wife, Julie, has donated more than $50,000 a year to the Frick Collection, portrayed the deals as an extension of his beneficence.

"I'd be happy to let you have up to 50 percent of this deal if you wish," Salander wrote in a letter attached to the suit — about an Italian art purchase in which Lennox had a one-third interest. "I'm happy either way. The point is that I did not mean to seem stingy."

Most of the transactions were "guaranteed by me personally," Salander wrote to Lennox, according to court documents. Yet after the first successful deal, Lennox received just one payment, according to the lawsuit. Over four years, Lennox gave Salander $3.6 million and got back $958,332, the complaint alleges.

Salander-O'Reilly's next show, "Masterpieces of Art: Five Centuries of Painting and Sculpture," opens Oct. 17. It has the biggest names in Old Master art: a Madonna and Child panel from about 1500 by Botticelli, a self-portrait by Titian, Michelangelo bronzes and a Raphael tapestry.

Caravaggio will be represented by six paintings. Apollo the Lute Player, whose attribution is the subject of heated debate among scholars, can be had for about $100 million, Salander said.

It will be Salander's 80th show and his last. He plans to vacate the mansion at year's end.

"If I make $100 million on this show, or nothing, I've done my last show here," he said. "I'm going out on a very high note."

*Bloomberg News*