UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
NELLA LONGARI S.R.L.,

                    Plaintiff,                    07 CV 8484 (VM)

   -against-

                                                            **AFFIDAVIT OF SERVICE**

SALANDER-O'REILLY GALLERIES LLC and
LAWRENCE SALANDER

                    Defendants.
-----------------------------------------------------------------X
STATE OF NEW YORK: COUNTY OF NEW YORK ss:

Gayle Eisenberg, being duly sworn, deposes and says: deponent is not a party to this action, is over 18 years of age, and resides in Kings County, New York. On October 30, 2007, deponent served two copies of the within Order to Appear with exhibits, Memorandum of Law, Declaration of Francesco Di Pietro, Esq., and Declaration of Mario Longari with exhibits, upon the following:

    Salander-O'Reilly Galleries LLC
    22 East 71st Street
    New York, NY 10021

    Lawrence Salander
    63 E. 82nd Street
    New York, NY 10028

at the address designated for such service, by depositing a true and correct copy of same in a Federal Express wrapper, duly marked as same, for the purpose of mailing by overnight delivery such papers to the addressees identified above.

                                                          _____
                                                                Gayle Eisenberg

Sworn to before me on
October 30, 2007

_____
Notary Public
    SAMUEL D. LEVY
Notary Public, State of New York
    No. 02-LE6005091
  Qualified in New York County
Commission Expires April 6, 20_10_