100 Wall Street, 21st Floor
New York, NY 10005
Tel. 212-509-5050
Fax 212-509-9559

# WUERSCH & GERING LLP

ATTORNEYS AT LAW

November 7, 2007

By Fax: 212-805-6382

The Honorable Victor Marrero
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 20B
New York, NY 10007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-8-07
```

    Re:    Nella Longari S.r.l. v. Salander-O'Reilly Galleries, LLC, et al.
              United States District Court, Southern District of New York
              07-CV-8484 (VM)
              Our File: 11019-2

Dear Honorable Judge:

    We are attorneys for Nella Longari S.r.l., the plaintiff in the above-referenced action.

    On October 30, 2007, Your Honor signed an Order to Appear with which it was ordered that defendants Salander-O'Reilly Galleries, LLC ("SOR") and Lawrence Salander ("Mr. Salander") appear at the hearing scheduled to take place on November 8, 2007. The hearing was set upon plaintiff's motion seeking (1) an injunction enjoining defendants from selling or transferring artworks belonging to plaintiff, and (2) an accounting on the artworks allegedly sold by defendants on the account of the plaintiff and a description of the location of the unsold artworks.

    On November 1, 2007, three of the creditors of SOR, other than Nella Longari, filed a bankruptcy petition against SOR with the United States District Court for the Southern District of New York, under Chapter 7 of the Bankruptcy Code.

    On November 2, 2007, Mr. Salander and his wife, Julie D. Salander, filed a bankruptcy petition, under Chapter 11 of the Bankruptcy Code, with the United States District Court for the Southern District of New York.

    On November 7, 2007, the undersigned attended a status conference before the Honorable Judge Lowe III, of the New York Supreme Court, on certain consolidated cases filed by certain plaintiffs, other than Nella Longari, against SOR and Mr. Salander. At the conference, Judge Lowe was informed of the two bankruptcy proceedings, as described above. Judge Lowe put the case before him on the suspense calendar and stated that the injunction he granted to the

plaintiffs and against the defendants, enjoining the defendants from selling or transferring the artworks for which those plaintiffs are suing, are still in place.

In light of the foregoing, Nella Longari respectfully requests that (1) the order signed by Your Honor on October 30, 2007, be in place and (2) the instant case be placed on the suspense calendar of this Honorable Court, while the bankruptcy cases are pending.

We thank the Court for its attention to this matter.

Respectfully submitted,
Wuersch & Gering LLP

Francesco Di Pietro

CC:   Courtesy Copy By Fax: 212-294-4700

Kara Gorycki, Esq.
Winston & Strawn LLP*
200 Park Ave.
New York, NY 10166

*attorneys for defendants in other matters,
such as the matter before the Honorable Judge Lowe III;
these attorneys have not filed an appearance in the instant matter.

---

Request GRANTED. The Clerk of Court is directed to place this case on the Court's Suspense Calendar pending the bankruptcy proceedings involving defendants herein.

SO ORDERED:
11-7-07
DATE        VICTOR MARRERO, U.S.D.J.