UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NELLA LONGARI S.R.L.,<br><br>Plaintiff,<br><br>v.<br><br>SALANDER-O'REILLY GALLERIES LLC and LAWRENCE SALANDER,<br><br>Defendants. | Case No: 07 Civ 8484 (VM)<br><br>**NOTICE OF BANKRUPTCY** |

      You are hereby notified of the filing of a case under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of New York on November 2, 2007 for LAWRENCE B. SALANDER and JULIE D. SALANDER. The Bankruptcy Case Number is 07-36735. The Chapter 11 case is now pending and pursuant to the provisions of 11 U.S.C. § 362(a) this case is therefore stayed until further order of the Bankruptcy Court. A document indicating the commencement of the above-referenced Chapter 11 case is attached hereto as <u>Exhibit A</u>.

Dated:  November 7, 2007

                                                          */s/ Richard J. Bernard*
                                           Douglas E. Spelfogel (DS 7097)
                                           Richard J. Bernard (RB 6371)
                                           BAKER & HOSTETLER LLP
                                           45 Rockefeller Plaza
                                           New York, NY  10111
                                           Telephone: 212.589.4200
                                           Facsimile: 212.589.4201