UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NELLA LONGARI S.R.L.,<br><br>Plaintiff,<br><br>v.<br><br>SALANDER-O'REILLY GALLERIES LLC and LAWRENCE SALANDER,<br><br>Defendants. | Case No: 07 Civ 8484 (VM)<br><br>**CERTIFICATE OF SERVICE** |

I, Heather R. Wlodek, state under penalty of perjury that I am more than 18 years of age and not a party to this lawsuit, and that, on November 7, 2007, I caused to be served a true and correct copy of the attached Notice of Bankruptcy on the parties on the attached Service List by first class U.S. Mail.

*/s/ Heather R. Wlodek*
Heather R. Wlodek

- 3 -

<u>Service List</u>

Francesco Di Pietro, Esq.
Wuersch & Gering, LLP
100 Wall Street, 21st Floor
New York, NY 10005